# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

August 20, 2025

Before
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 25-1239 | STATE OF WISCONSIN,<br>    Petitioner<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, United States Environmental Protection Agency,<br>    Respondents |
| **Originating Case Information:** | |
| Agency Case No: EPA-R05-OAR-2024-0546<br>Environmental Protection Administration | |

The following are before the court:

1. **RESPONDENTS' STATUS REPORT**, filed on July 23, 2025, by counsel for the respondents.

2. **THE STATE OF WISCONSIN'S MOTION TO STAY THE FINAL RULE,** filed on August 15, 2025, by counsel for the petitioner.

**IT IS ORDERED** that the request to continue holding the appeal in abeyance is **GRANTED** to the extent that respondents shall file a status report by September 3, 2025.

**IT IS FURTHER ORDERED** that respondents shall file a response to the motion for stay of the final rule by September 3, 2025.

form name: **c7_Order_3J**    (form ID: **177**)