No. 25-1239

IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

---

STATE OF WISCONSIN,

Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, United States Environmental Protection Agency,

Respondents.

---

ON A PETITION FOR REVIEW OF A FINAL RULE OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, TITLED FINDINGS OF FAILURE TO ATTAIN AND RECLASSIFICATION OF AREAS IN ILLINOIS, INDIANA, MICHIGAN, OHIO, AND WISCONSIN AS SERIOUS FOR THE 2015 OZONE NATIONAL AMBIENT AIR QUALITY STANDARDS, 89 FED. REG. 101901

---

**JOINT STATUS REPORT AND REQUEST TO CONTINUE ABEYANCE**

---

This is a joint status report regarding the State of Wisconsin's petition for review of an EPA action entitled, "Findings of Failure to Attain and Reclassification of Areas in Illinois, Indiana, Michigan, Ohio,

and Wisconsin as Serious for the 2015 Ozone National Ambient Air Quality Standards," 89 Fed. Reg. 101901 (Dec. 17, 2024) ("Final Rule").

On March 19, 2025, EPA moved the Court to hold this matter in abeyance to allow Agency leadership to assess this case. (Doc. 4.) This Court then stayed proceedings in this case, pending further court order. (Doc. 6.)

Following two additional requests to continue holding this case in abeyance, which this Court granted (*see* Doc. 7–11), the State of Wisconsin moved to stay the Final Rule, which this Court granted (Doc. 12–16.)

In its order staying the Final Rule, this Court instructed Respondents to file a report regarding the status of agency proceedings related to matters addressed in the Final Rule. (Doc. 16.) Respondents have since filed four status reports asking that the case remain in abeyance, which this Court has granted. (*See* Doc. 17–25.)

Following Respondents' most recent status report, the Court partially granted Respondents' request for continued abeyance, noting that "[t]his matter has been pending for ten months," and informing the parties that "further extensions may not be available." (Doc. 25.)

Since this Court's most recent order, the parties have conferred about further proceedings in this case, as well as whether additional administrative proceedings may render further proceedings in this case unnecessary. The parties have agreed to the following schedule for additional administrative proceedings:

- By June 1, 2026, the State of Wisconsin, through its Department of Natural Resources, will make all reasonable efforts to submit to Respondent EPA a request for revised designations or revised boundaries for nonattainment areas in Wisconsin, as discussed in the parties' meetings of December 15, 2025, and January 22, 2026.

- If EPA proposes to approve or deny Wisconsin's request, either in whole or in part, EPA intends to publish a proposed rule in the Federal Register that provides at least 30 days for public comment. *See* 5 U.S.C. § 553(b)–(d).

- In accordance with Section 107(d)(3)(D) of the Clean Air Act, EPA intends to approve or deny Wisconsin's request for revised designations or revised boundaries for nonattainment areas in southeastern Wisconsin within 18 months of receipt of Wisconsin's request.

- In the event EPA publishes a final rule approving Wisconsin's request, either in whole or in part, that rule will address attainment dates for any revised and existing nonattainment areas in Wisconsin.

EPA further acknowledges that the Final Rule at issue in this case is stayed under the Court's order.

In light of the parties' agreement, and the continued stay of the Final Rule, the parties believe that further proceedings in this case may be unnecessary and therefore ask this Court to continue to hold this case in abeyance.

The parties ask that further status reports be submitted on an extended timeline, with the next status report due July 1, 2026, and subsequent reports due in six-month intervals thereafter.

JOSHUA L. KAUL
Attorney General of Wisconsin
s/ Gabe Johnson-Karp
GABE JOHNSON-KARP
Assistant Attorney General
Wisconsin Bar #1084731
Attorneys for Petitioner
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8904
(608) 294-2907 (Fax)
gabe.johnson-karp@wisdoj.gov

ADAM R.F. GUSTAFSON
Principal Deputy Assistant
Attorney General

s/ Laura J. Glickman
Laura J. Glickman
Senior Attorney
Environmental Defense
Section
U.S. Department of Justice
Post Office Box 7611
Washington, D.C. 20004
(202) 598-3056
laura.glickman@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify that this filing complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this filing was prepared in Microsoft Word with the proportionally spaced typeface of Century Schoolbook 14-point.

*s/ Laura J. Glickman*

LAURA J. GLICKMAN
Environmental Defense Section
Environment and Natural
Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3056
laura.glickman@usdoj.gov