IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

———————————

STATE OF WISCONSIN

Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

Respondents.

———————————

PETITION FOR REVIEW OF A FINAL ACTION OF THE UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY

## NOTICE OF FILING OF CERTIFIED INDEX OF DOCUMENTS
## CONSTITUTING ADMINISTRATIVE RECORD

Pursuant to Federal Rule of Appellate Procedure 17(b)(1)(B), Respondents

U.S. Environmental Protection Agency and its Administrator, Lee Zeldin, give

notice of the filing of the attached Certified Index of Documents Constituting the

Administrative Record for the above-captioned petition for review.

Respectfully submitted,

Dated: April 27, 2026

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

s/ *Laura J. Glickman*
LAURA J. GLICKMAN
U.S. Department of Justice
Environment and Natural Resources
Division
Environmental Defense Section
P.O. Box 7611
Washington, DC  20044-7611
Tel: (202) 598-3056
laura.glickman@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.


Date:  April 27, 2026

s/ *Laura J. Glickman*
LAURA J. GLICKMAN

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| STATE OF WISCONSIN,<br><br>     *Petitioner*,<br><br>     v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY, and<br>LEE ZELDIN, Administrator, United States<br>Environmental Protection Agency,<br><br>     *Respondents*. | )<br>)<br>)<br>)<br>)<br>)   No. 25-1239<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD

I, John Mooney, am the Division Director of the Air and Radiation Division at Region 5 of the United States Environmental Protection Agency (EPA).

I certify that the documents listed and described in the attached Certified Administrative Record Index comprise the administrative record of EPA's final agency action entitled "Findings of Failure To Attain and Reclassification of Areas in Illinois, Indiana, Michigan, Ohio, and Wisconsin as Serious for the 2015 Ozone National Ambient Air Quality Standards." The action, which is the subject of the above-captioned petition for review, was

published at 89 Fed. Reg. 101,901 (Dec. 17, 2024), and the agency docket number for the action is EPA-R05-OAR-2024-0546.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of May 2025.

JOHN MOONEY  Digitally signed by JOHN MOONEY
Date: 2025.05.05 14:40:11 -05'00'

John Mooney
Director, Air and Radiation Division, Region 5
United States Environmental Protection Agency

# CERTIFIED ADMINISTRATIVE RECORD INDEX

**Findings of Failure To Attain and Reclassification of Areas in Illinois, Indiana, Michigan, Ohio, and Wisconsin as Serious for the 2015 Ozone National Ambient Air Quality Standards**
**89 Fed. Reg. 101,901 (Dec. 17, 2024)**

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2024-0546-0001 | Findings of Failure To Attain and Reclassification of Areas in Illinois, Indiana, Michigan, Ohio, and Wisconsin as Serious for the 2015 Ozone National Ambient Air Quality Standards | 12/17/2024 | Debra Shore, Regional Administrator, Region 5, U.S. EPA |
| EPA-R05-OAR-2024-0546-0002 | Ozone Design Values, 2023 (xlsx) | 6/12/2024 | Ben Wells, Statistician, Air Quality Assessment Division, Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. EPA |
| EPA-R05-OAR-2024-0546-0003 | Illinois EPA Ozone Ambient Air Monitoring Data Early Certification 2021 Calendar Year | 12/1/2021 | Julie K. Armitage, Chief, Bureau of Air, Illinois Environmental Protection Agency |
| EPA-R05-OAR-2024-0546-0004 | 2021 Early data certification for ozone (O3) data in Lake, Porter, Clark, and Floyd County | 11/22/2021 | Matthew Stuckey, Assistant Commissioner, Office of Air Quality, Indiana Department of Environmental Management |

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2024-0546-0005 | 2021 Wisconsin Ambient Air Monitoring Early Data Certification for Select Ozone Monitors | 11/23/2021 | Katie Praedel, Monitoring Section Chief, Air Management Program, Wisconsin Department of Natural Resources |
| EPA-R05-OAR-2024-0546-0006 | Illinois EPA Ambient Air Monitoring Data Certification for Calendar Year 2021 | 4/19/2022 | Julie K. Armitage, Chief, Bureau of Air, Illinois Environmental Protection Agency |
| EPA-R05-OAR-2024-0546-0007 | 2021 Indiana Annual SLAMS Data Certification Report | 5/2/2022 | Matthew Stuckey, Assistant Commissioner, Office of Air Quality, Indiana Department of Environmental Management |
| EPA-R05-OAR-2024-0546-0008 | 2021 Wisconsin Ambient Air Monitoring Data Certification – Criteria Network Data | 4/26/2022 | Katie Praedel, Monitoring Section Chief, Air Management Program, Wisconsin Department of Natural Resources |
| EPA-R05-OAR-2024-0546-0009 | Illinois EPA Ambient Air Monitoring Data Certification for Calendar Year 2022 | 4/13/2023 | Julie K. Armitage, Chief, Bureau of Air, Illinois Environmental Protection Agency |
| EPA-R05-OAR-2024-0546-0010 | 2022 Indiana Annual SLAMS Data Certification Report | 4/28/2023 | Matthew Stuckey, Assistant Commissioner, Office of Air Quality, Indiana Department of Environmental Management |

| Document ID | Document Title | Date | Author |
|---|---|---|---|
| EPA-R05-OAR-2024-0546-0011 | 2022 Wisconsin Ambient Air Monitoring Data Certification – Criteria Network Data | 4/21/2023 | Katie Praedel, Monitoring Section Chief, Air Management Program, Wisconsin Department of Natural Resources |
| EPA-R05-OAR-2024-0546-0012 | Illinois EPA Ambient Air Monitoring Data Certification for Calendar Year 2023 | 4/19/2024 | Julie K. Armitage, Chief, Bureau of Air, Illinois Environmental Protection Agency |
| EPA-R05-OAR-2024-0546-0013 | 2023 Indiana Annual SLAMS Data Certification Report | 5/3/2024 | Matthew Stuckey, Assistant Commissioner, Office of Air Quality, Indiana Department of Environmental Management |
| EPA-R05-OAR-2024-0546-0014 | 2023 Wisconsin Ambient Air Monitoring Data Certification – Criteria Network Data | 4/25/2024 | Katie Praedel, Monitoring Section Chief, Air Management Program, Wisconsin Department of Natural Resources |