# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 29, 2026

*Before*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 25-1239 | STATE OF WISCONSIN,<br>      Petitioner<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, United States Environmental Protection Agency,<br>      Respondents |
| **Originating Case Information:** | |
| Agency Case No: EPA-R05-OAR-2024-0546<br>Environmental Protection Administration | |

Upon consideration of the **JOINT MOTION TO HOLD CASE IN ABEYANCE**, filed on July 28, 2026, by counsel for the parties,

**IT IS ORDERED** that the motion is **GRANTED**. Proceedings in this appeal are **SUSPENDED** pending further court order. The parties shall file status reports every 45 days regarding the status of the reconsideration process and this appeal. The first status report is due September 14, 2026.

form name: **c7_Order_3J**    (form ID: **177**)