**NOT SCHEDULED FOR ORAL ARGUMENT**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| STATE OF WISCONSIN,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, U.S. Environmental Protection Agency,<br><br>*Respondents*. | Case No. 25-1239 |

**JOINT MOTION FOR EXTENSION OF TIME**

On August 27, 2026, Movant-Intervenors Clean Wisconsin and Sierra Club filed a Motion to Intervene in this case. Doc. No. 31. Clean Wisconsin and Sierra Club also filed a Non-Party Contingent Motion to Dissolve Stay, for Summary Disposition or, in the Alternative, Expedited Briefing, and to Lift the Abeyance. Doc. No. 32.

Respondent U.S. Environmental Protection Agency ("EPA") and Petitioner State of Wisconsin jointly request a short extension of their deadline to respond to Clean Wisconsin and Sierra Club's Motion to Intervene (Doc. No. 31), from September 8, 2026, to September 11, 2026, due to the upcoming holiday weekend and the caseload of the parties' counsel. As the Motion to Intervene correctly noted, both EPA and Wisconsin oppose intervention. Doc. No. 31-1 at 3.

EPA and Wisconsin further request that the Court extend the parties' deadline to respond to the Contingent Motion (Doc. No. 32) until after it has decided the pending Motion to Intervene. This will best serve the interest of judicial economy and conserve the parties' resources. This case is currently in abeyance, which serves to preserve the resources of the Court and the parties while EPA undertakes its process to reconsider the challenged rule. *See* Doc. Nos. 29–30. If the Court denies the motion to intervene, then the Contingent Motion will be moot and there would be no need for the parties to prepare, and the Court to review, responses to that motion. Responding now to the Contingent Motion before the Court has decided the pending Motion to Intervene could not only potentially waste judicial resources but also the parties' resources should the Court deny the Motion to Intervene. If the Court grants the Motion to Intervene, it could then establish a deadline for the parties to respond to the Contingent Motion. In any event, the parties request that the deadline to respond to the Contingent Motion be no earlier than the deadline to respond to the Motion to Intervene.

Accordingly, EPA and Wisconsin respectfully request that the Court extend the deadline to respond to the Motion to Intervene to September 11 and extend the deadline to respond to the Contingent Motion pending the Court's order on the Motion to Intervene.

Clean Wisconsin and Sierra Club do not oppose extending the parties' deadline to respond to the Motion to Intervene until September 11, however oppose extending the deadline to respond to the Contingent Motion pending the Court's order on the Motion to Intervene.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

*s/ Laura J. Glickman*
LAURA J. GLICKMAN
Environmental Defense Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3056
laura.glickman@usdoj.gov

JOSHUA L. KAUL
Attorney General of Wisconsin

*s/ Gabe Johnson-Karp*
GABE JOHNSON-KARP
Assistant Attorney General
State Bar #1084731
Attorneys for Petitioner
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8904
(608) 294-2907 (Fax)
gabe.johnson-karp@wisdoj.gov

*Of Counsel:*
KAYTRUE TING
Office of the General Counsel
U.S. Environmental Protection Agency
Washington, D.C.

**CERTIFICATE OF COMPLIANCE**

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 407 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Date: September 2, 2026

Respectfully submitted,

/s/ *Laura J. Glickman*
Laura J. Glickman
Environmental Defense Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20004
(202) 598-3056
Laura.Glickman@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d), I hereby certify that I have this day caused the foregoing Joint Motion to Continue Abeyance to be delivered electronically through CM/ECF on all ECF registered counsel of record.

Date: September 2, 2026

Respectfully submitted,

/s/ *Laura J. Glickman*