# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 4, 2026

Before
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 25-1239 | STATE OF WISCONSIN,<br>Petitioner<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, United States Environmental Protection Agency,<br>Respondents |
| **Originating Case Information:** | |
| Agency Case No: EPA-R05-OAR-2024-0546<br>Environmental Protection Administration | |

The following are before the court:

1. **CLEAN WISCONSIN AND SIERRA CLUB'S MOTION FOR LEAVE TO INTERVENE**, filed on August 27, 2026, by counsel for Clean Wisconsin and Sierra Club.

2. **JOINT MOTION FOR EXTENSION OF TIME**, filed on September 2, 2026, by counsel for the parties.

3. **CLEAN WISCONSIN AND SIERRA CLUB'S PARTIAL OPPOSITION TO JOINT MOTION FOR EXTENSION OF TIME**, filed on September 3, 2026, by counsel for Clean Wisconsin and Sierra Club.

**IT IS ORDERED** that the motion for extension is **GRANTED** and the parties shall respond to the motion to intervene on or before September 11, 2026. The court will set a response deadline regarding the contingent motion, if applicable, when it resolves the motion to intervene.

form name: **c7_Order_3J** (form ID: **177**)