**NOT SCHEDULED FOR ORAL ARGUMENT**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| STATE OF WISCONSIN,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, U.S. Environmental Protection Agency,<br><br>*Respondents*. | Case No. 25-1239 |

**JOINT STATUS REPORT**

1. Petitioner State of Wisconsin seeks review of an action entitled, "Findings of Failure to Attain and Reclassification of Areas in Illinois, Indiana, Michigan, Ohio, and Wisconsin as Serious for the 2015 Ozone National Ambient Air Quality Standards," 89 Fed. Reg. 101901 (Dec. 17, 2024) (the "Reclassification").

2. On July 16, 2026, Wisconsin submitted a petition to Respondent the U.S. Environmental Protection Agency ("EPA") for administrative reconsideration of the Reclassification. Doc. No. 29 ¶ 2.

3. On July 28, 2026, EPA granted Wisconsin's petition for administrative reconsideration of the Reclassification. *Id.* ¶ 3.

4. Also on July 28, 2026, EPA and Wisconsin jointly moved to hold this case in abeyance to allow EPA to complete the reconsideration process in an orderly and deliberate manner while preserving both this Court's and the parties' resources. *Id.* ¶ 4.

5. On July 29, 2026, the Court placed this case in abeyance and directed the parties to file status reports every 45 days. Doc. No. 30.

6. EPA reports that it intends to undertake a notice-and-comment action to reconsider the Reclassification and is currently working on the new action.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

*s/ Laura J. Glickman*
LAURA J. GLICKMAN
Environmental Defense Section
Energy and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3056
laura.glickman@usdoj.gov

*Attorneys for Respondents*

*Of Counsel:*
KAYTRUE TING
Office of the General Counsel
U.S. Environmental Protection Agency
Washington, D.C.

September 14, 2026

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Gabe Johnson-Karp
GABE JOHNSON-KARP
Assistant Attorney General
State Bar #1084731
Attorneys for Petitioner

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8904
(608) 294-2907 (Fax)
gabe.johnson-karp@wisdoj.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify that this filing complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this filing was prepared in Microsoft Word with the proportionally spaced typeface of Times New Roman 14-point.

*s/ Laura J. Glickman*

LAURA J. GLICKMAN
Environmental Defense Section
Energy and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-3056
laura.glickman@usdoj.gov