# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 13, 2026

Before
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 25-1239 | STATE OF WISCONSIN,<br>Petitioner<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, United States Environmental Protection Agency,<br>Respondents<br><br>and<br><br>SIERRA CLUB and CLEAN WISCONSIN,<br>Intervening Respondents |
| **Originating Case Information:** | |
| Agency Case No: EPA-R05-OAR-2024-0546<br>Environmental Protection Administration | |

The following are before the court:

1. **CLEAN WISCONSIN AND SIERRA CLUB'S MOTION FOR LEAVE TO INTERVENE**, filed on August 27, 2026, by counsel for the intervening respondents.

2. **EPA'S OPPOSITION TO CLEAN WISCONSIN'S AND SIERRA CLUB'S MOTION FOR LEAVE TO INTERVENE**, filed on September 11, 2026, by counsel for the respondents.

3. **STATE OF WISCONSIN'S RESPONSE IN OPPOSITION TO CLEAN WISCONSIN AND SIERRA CLUB'S MOTION FOR LEAVE TO INTERVENE**, filed on September 11, 2026, by counsel for the petitioner.

4. **CLEAN WISCONSIN AND SIERRA CLUB'S REPLY BRIEF IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE**, filed on September 18, 2026, by counsel for the intervening respondents.

**IT IS ORDERED** that the motion to intervene is **GRANTED**. Sierra Club and Clean Wisconsin may participate in this appeal as intervening respondents.

**IT IS FURTHER ORDERED** that the parties shall file any response to the intervenors' contingent motion to dissolve the stay and for summary disposition on or before October 27, 2026.

form name: **c7_Order_3J** (form ID: **177**)