# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 24, 2026

Before
AMY J. ST. EVE, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| No. 25-1239 | STATE OF WISCONSIN,<br>Petitioner<br>v.<br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, United States Environmental Protection Agency,<br>Respondents<br>and<br>SIERRA CLUB and CLEAN WISCONSIN,<br>Intervening Respondents |

| **Originating Case Information:** |
|---|
| Agency Case No: EPA-R05-OAR-2024-0546<br>Environmental Protection Administration |

The following are before the court:

1. **CLEAN WISCONSIN AND SIERRA CLUB'S CONTINGENT MOTION TO DISSOLVE STAY, FOR SUMMARY DISPOSITION OR, IN THE ALTERNATIVE, EXPEDITED BRIEFING, AND TO LIFT THE ABEYANCE**, filed on August 27, 2026, by counsel for the intervening respondents.

2. **STATE OF WISCONSIN'S RESPONSE IN OPPORITION TO CLEAN WISCONSIN AND SIERRA CLUB'S MOTION TO DISSOLVE STAY, FOR SUMMARY DISPOSITION OR, IN THE ALTERNATIVE, EXPEDITED BRIEFING, AND TO LIFT ABEYANCE**, filed on November 6, 2026, by counsel for the petitioner.

3. **EPA'S OPPOSITION TO CLEAN WISCONSIN AND SIERRA CLUB'S CONTINGENT MOTION**, filed on November 6, 2026, by counsel for the respondents.

-over-

4. **CLEAN WISCONSIN AND SIERRA CLUB'S REPLY BRIEF IN SUPPORT OF MOTION TO DISSOLVE STAY, FOR SUMMARY DISPOSITION, OR, IN THE ALTERNATIVE, EXPEDITED BRIEFING, AND TO LIFT THE ABEYANCE**, filed on November 13, 2026, by counsel for the intervening respondents**,**

**IT IS ORDERED t**hat the motion to dissolve the stay is **GRANTED.** The stay of the EPA's Final Rule reclassifying the Milwaukee, Kenosha, and Sheboygan areas to Serious nonattainment for the 2015 Ozone NAAQS, entered on September 5, 2025, is **LIFTED.**

**IT IS FURTHER ORDERED** that the motion for summary disposition is **DENIED.**

**IT IS FINALLY ORDERED** that the motion to expedite briefing is **GRANTED.** Briefing shall proceed as follows:

1. The brief and required short appendix of the petitioner are due by December 24, 2026.

2. The briefs of the respondents are due by January 25, 2027.

3. The reply brief of the petitioner, if any, is due by February 16, 2027.

Briefing extensions will be permitted only in extraordinary circumstances. The court will schedule oral argument as soon as is practicable.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).